%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | Category No. II    Investigating Agency: FBI |
| City: Boston | Related Case Information: |
| County: Suffolk | Superseding Ind./ Inf. _____   Case No. 11-cr-10378 (dismissed) |
| | Same Defendant: yes   New Defendant: _____ |
| | Magistrate Judge Case Number: _____ |
| | Search Warrant Case Number: _____ |
| | R 20/R 40 from District of: _____ |

**Defendant Information:**

Defendant Name: Michael Fidler    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) _____

Birth date (Yr only): 1978   SSN (last4#): 7428   Sex: M   Race: Caucasian   Nationality: U.S.

Defense Counsel if known: John Moss   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Thomas Kanwit    Bar Number if applicable: 547251

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date: 8/17/2011

☑ Already in Federal Custody as of 8/19/2011 in _____

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document: ☑ Complaint   ☐ Information   ☐ Indictment

Total # of Counts: ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/01/12    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Fidler

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2113(a) | Bank Robbery | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011