UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
12M-5044-JGD

UNITED STATES OF AMERICA

v.

MICHAEL FIDLER

**<u>MEMORANDUM AND ORDER OF DETENTION</u>**

February 2, 2012

DEIN, M.J.

The defendant is charged in a criminal complaint with use of intimidation to take from the person of another money in the care, custody, control, management and possession of a federally insured bank, in violation of 18 U.S.C. § 2113(a). An initial appearance was held on February 2, 2012 at which time the government moved for detention pursuant to 18 U.S.C. § 3142(f)(1)(A) on the grounds that the defendant poses a serious danger to the community. The defendant was represented by counsel.

At the initial appearance the defendant, through counsel, consented to the entry of an order of detention, without prejudice to his right to reopen the issue at a later date. Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial detention, regardless whether there have been changed circumstances.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge