

Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Michael P. Fidler      **Case Number:** 0101 1:12CR10058-WGY-1

**Name of Sentencing Judicial Officer:** Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** September 07, 2012

**Original Offense:** Bank Robbery, in violation of 18 U.S.C. § 2113(a)

**Original Sentence:** 156 months of custody followed by 3 years supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** December 01, 2023

---

## NON-COMPLIANCE SUMMARY

**Violation Number**      **Nature of Noncompliance**

I.      <u>**Violation of Mandatory Condition #3:**</u> **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the probation officer.**

On the following date, in or around Boston, Massachusetts, Mr. Fidler tested positive for the following substance:

| 6/11/24 | Methamphetamines |
|---|---|

Evidence in support of this violation is National Laboratory test results and officer testimony.

<u>U.S. Probation Officer Action:</u>

Due to the above recent positive drug tests and previous tests, Mr. Fidler has engaged in Intensive Outpatient Programming with North Suffolk Community Services, which includes increased testing for substances. Mr. Fidler will continue to be randomly tested for substances during contacts with the Probation Office. Mr. Fidler remains in medication-assisted treatment and mental health treatment through Boston Medical Center. Mr. Fidler has also recently been accepted into the CARE program.

The U.S. Probation Office would note that Mr. Fidler has now tested positive for illegal substances three times over the course of one year, and that pursuant to 18 U.S.C. 3583(g)(4), Mr. Fidler may be facing mandatory revocation. Considering the current circumstances however, the U.S. Probation Office is respectfully requesting that the Court refrain from taking any action at this time and invoke the treatment exemption pursuant to 18 U.S.C. § 3583(d). If Your Honor concurs with this recommendation, could you please indicate by endorsing below.

Prob 12A                                    -2-                          Report on Offender Under Supervision

Reviewed/Approved by:                                      Respectfully submitted,

*/s/ Christopher Foster*                                      */s/Hannah Mackey*
Christopher Foster                                         by  Hannah Mackey
Supervisory U.S. Probation Officer                            U.S. Probation Officer
                                                              Date:        7/15/2024

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓]  Approved
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

*William G. Young*
Honorable William G. Young
U.S. District Judge

July 16, 2024
Date