# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** )<br>**Plaintiff,** )<br>v. )<br> )<br>**Michael Fidler** )<br>**Defendant** )<br> ) | **1:16-cv-11299-WGY** |

## ORDER OF RECUSAL

**Boal, M.J.**

    I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED**.

                              /s/ Jennifer C. Boal
                              Jennifer C. Boal
                              United States Magistrate Judge

Date:  January 21, 2026